JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMEFLYNET, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CROWDGATHER, INC., <br><br> Defendant. | Case No. CV 15-7993-GW(JPRx) <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that the above-entitled action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: July 14, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE